

**Entered on Docket
June 15, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Litton Loan Servicing
08-76611 / 19374388

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re: | 08-14169-mkn |
|---|---|
| Linda Elaine Bertuzzi | Motion no. Date: Time: |
|  | Chapter 13 |
| Debtors. |  |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on May 19, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Litton Loan Servicing its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 11115 Crimson Dusk Court , Las Vegas NV and legally described as follows:

All that certain real property situated in the County of Clark, State of Nevada, described as follows:

PARCEL I:

Lot Twelve (12) in Block "A" of ECHO RIDGE AT THE RIDGES - UNIT 1, as shown by map thereof on file in Book 99 of Plats, Page 91, in the Office of the County Recorder, Clark-County, Nevada.

PARCEL II:

A non-exclusive easement for ingress, egress, use and enjoyment of the Common Lots as shown on the map referenced above, and as set forth in the Covenants, Conditions and Restrictions recorded December 31, 1991 in Book 911231 as Document No. 01517, and as the same may be amended from time to time.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its

secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2009.

Submitted by:
Wilde & Associates

By /s/ Gregory L. Wilde
_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107